# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# COLUMBUS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : Case No. 4:24-mj-00008-MSH |
| | : |
| DEJA C. PRATT, | : |
| | : |
| Defendant. | : |

_____

## **ORDER**

Defendant is charged with (1) unlawfully driving a motor vehicle while under the influence of alcohol with a blood alcohol concentration of .08 grams or more, (2) unlawfully driving a motor vehicle while under the influence of alcohol to the extent that it was less safe for her to drive, (3) unlawfully failing to maintain a vehicle on the roadway laned for traffic in reckless disregard for the safety of persons or property, (4) unlawfully driving a vehicle at a speed greater than is reasonable and prudent under the conditions, (5) unlawfully operating a motor vehicle while her driver's license was suspended, and (6) failing to utilize the seat safety belt for restraint while a front seat passenger of a motor vehicle in operation on a public road, street, or highway.  Information, ECF No. 1 (citing 18 U.S.C. §§ 7, 13; O.C.G.A. §§ 40-8-76.1, 40-5-121, 40-6-180, 40-6-390, 40-6-391(a)(1) and (5)).  This case is set for jury trial beginning on June 10, 2024.  In preparation for trial, both parties are hereby **ORDERED** to submit (1) proposed voir dire questions, (2) proposed jury instructions, (3) proposed exhibit lists with all exhibits marked accordingly, and (4) proposed witness lists.  Objections to exhibits and witnesses will be addressed

before trial, and counsel will be briefed on voir dire procedures.  Proposed jury instructions must be submitted in text form.  Summaries and references to pattern instructions may not be used alone.  **The parties are ordered to file all submissions by Friday, May 31, 2024.**

**SO ORDERED**, this 23rd day of May, 2024.

/s/ Stephen Hyles
UNITED STATES MAGISTRATE JUDGE