# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# COLUMBUS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : Case No. 4:24-mj-00008-MSH |
| | : |
| DEJA C. PRATT, | : |
| | : |
| Defendant. | : |

_____

## ORDER

This matter is set for jury trial on June 10, 2024. The Government and Defendant will each be permitted to ask jurors three (3) questions. Reasonable follow-up will be permitted as needed. Proposed questions should be filed by Thursday, June 6, 2024.

**SO ORDERED**, this 3rd day of June, 2024.

/s/ Stephen Hyles
UNITED STATES MAGISTRATE JUDGE